# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAY WASSERMAN | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.: 18-cv-3754 |
| FAULKNER CADILLAC, INC., | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this __22ND__ day of November, 2019, upon consideration of Plaintiff's Motion for Contempt, (ECF No. 23); and no opposition being filed, **IT IS HEREBY ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 636(e)(6)(B), I certify the facts setting forth a prima facie case of Civil Contempt against Nicole Lore as set forth in my Memorandum filed concurrently with this Order.

2. Nicole Lore shall appear before the Honorable C. Darnell Jones II to show cause why she should not be held in contempt for failing to comply with the April 30, 2019 Court Order. The Show Cause Hearing will be scheduled by the Honorable C. Darnell Jones II by separate Order.

                                                 BY THE COURT:

                                                 /s/ Lynne A. Sitarski
                                                 LYNNE A. SITARSKI
                                                 United States Magistrate Judge